IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
MAY 1 9 2023
CLERK, U.S. DISTRICT COURT
By_____
Deputy

VICTOR MORENO,
TDCJ-CID No. 2082779,

       Plaintiff,

v.                                                                2:22-CV-131-Z-BR

TROY BOLLINGER,

       Defendant.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights claim filed by Plaintiff. (ECF No. 9). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

       **IT IS SO ORDERED**.

       May _19_, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE